# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

FIO #10398159

| | |
|---|---|
| United States of America<br>v.<br><br>ERIC DAVIS<br><br>*Defendant* | )<br>)<br>) Case No.  17-00191-WS<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  ERIC DAVIS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COERCION AND ENTICEMENT OF A MINOR(1)

TRANSFER OF OBSCENE MATERIAL TO A MINOR(2)


Date:  09/01/2017

*Melanie Paulk*
Issuing officer's signature  Deputy Clerk

City and state:   Mobile, AL

**CHARLES R. DIARD, JR.**
Printed name and title

**Return**

This warrant was received on *(date)* 9/12/17, and the person was arrested on *(date)* 9/14/17
at *(city and state)*                                                .

Date:  9/15/17

Arresting officer's signature

Eric Lawson, Special Agent, FBI
Printed name and title