# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| VS. | * CRIMINAL NO: 17-191-WS |
| ERIC DAVIS, | * |
| DEFENDANT. | * |

## DEFENDANT'S POSITION WITH REGARD TO SENTENCING FACTORS

COMES NOW the Defendant, ERIC DAVIS, by and through counsel, and states that he has no objection to the Presentence Investigation Report as filed herein.

/s/ W. Gregory Hughes
W. GREGORY HUGHES
Attorney for the Defendant
501 Church Street
Mobile, AL 36602
Phone: (251) 433-3671

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2018, I have electronically filed the foregoing document using the Court's CM/ECF electronic filing system, which will serve notice of said filing on the following named individual:

Hon. Sinan Kalayoglu
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, AL 36602

/s/ W. Gregory Hughes
W. GREGORY HUGHES